UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**STEPHEN TRESSITT**                              **CASE NO.  6:24-CV-00750**

**VERSUS**                                        **JUDGE DAVID C. JOSEPH**

**CURTIS & SON VACUUM SERVICE**                   **MAGISTRATE JUDGE DAVID J.**
**INC ET AL**                                     **AYO**

## JUDGMENT

Before this Court is a MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT filed by Plaintiff [Doc. 40].  This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 53] is correct and adopts the findings and conclusions therein as its own.  Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Plaintiff's MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [Doc. 40] is DENIED.

THUS DONE AND SIGNED in Chambers on this 3rd day of October, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE